

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 7, 2023

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. Abdul Roberson*, 18 Cr. 391 (JPO)

Dear Judge Oetken:

      The Government writes with respect to the upcoming hearing in this action on April 19, 2023 regarding the defendant's violations of supervised release.  Pursuant to discussions the Government has had with the U.S. Probation Office for the Eastern District of New York, which is supervising the defendant, the Government respectfully requests that the Court authorize the release of the supervision file materials concerning the defendant (including any GPS location data) to facilitate preparation for the hearing.

Granted.
So ordered.
4/10/2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

_____
J. PAUL OETKEN
United States District Judge

By: _____
Jerry J. Fang
Assistant United States Attorney
Southern District of New York
Tel. 212-637-2584

cc: Mark Gombiner, Esq. (by ECF)