

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 15, 2023

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Abdul Roberson*, 18 Cr. 391 (JPO)

Dear Judge Oetken:

      The Government writes with respect to the upcoming hearing, currently scheduled for May 24, 2023, regarding the Second Amended Violation Report filed by the Probation Office on or about April 19, 2023 (the "Violation Report"), which charges the defendant with violating the conditions of his supervised release in seven specifications.

      The defendant was arraigned on Specifications 1-4 of the initial violation report on December 6, 2022. Following the amendment of the violation report to add specifications arising out of the defendant's March 20, 2023 arrest, the defendant was arraigned on Specifications 5-9 on March 27, 2023. The Violation Report subsequently withdrew Specifications 6 and 9, and also amended the predicate state offense for Specification 1, which charges the defendant with violating supervised release by violating state law, on or about August 26, 2022.

      Pursuant to discussions between the Government and defense, the parties wish to advise the Court that the defendant intends to admit to Specifications 1-5 in satisfaction of all specifications laid out in the Violation Report, and accordingly, a hearing will no longer be necessary. The parties respectfully request that the Court convert the May 24, 2023 hearing to a conference to arraign the defendant on Specification 1 of the Violation Report, to accept the defendant's expected admission to Specifications 1-5, and to sentence the defendant.

We thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Jerry J. Fang
Assistant United States Attorney
Southern District of New York
Tel. 212-637-2584

cc: Mark Gombiner, Esq. (by ECF)

> The violation hearing scheduled for May 24, 2023 at 10:00 a.m. will proceed as a conference as requested by the parties.
>   So ordered.
>   5/16/2023

_____
J. PAUL OETKEN
United States District Judge